IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS PACHECO, Derivatively on Behalf of OPHTHOTECH CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>DAVID R. GUYER, GLENN P. SBLENDORIO, DAVID E. REDLICK, THOMAS DYRBERG, AXEL BOLTE, MICHAEL J. ROSS, SAMIR C. PATEL, and NICHOLAS GALAKATOS,<br><br>       Defendants,<br><br>  and,<br><br>OPHTHOTECH CORPORATION, a Delaware corporation,<br><br>       Nominal Defendant. | NO. 1:18-cv-07999 (VSB) (GWG) |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER OR OTHERWISE PLEAD

WHEREAS, Plaintiff commenced this Action by filing a verified shareholder derivative complaint dated August 31, 2018 (the "Complaint");

WHEREAS, Defendants presently intend to file a motion to dismiss the Complaint;

WHEREAS, the parties have conferred and agree to the following schedule for the briefing of Defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

  1.  Without waiving any rights, defenses or other objections, undersigned counsel for Defendants is authorized and agrees to accept service of the Complaint on behalf of all Defendants;

2.  Defendants shall move to dismiss, answer or otherwise respond to the Complaint on or before December 14, 2018;

3.  Plaintiff shall file any opposition papers to any motion to dismiss filed by Defendants on or before February 4, 2019;

4.  Defendants shall file any reply papers on or before March 6, 2019.

Dated: New York, New York
October 30, 2018

Respectfully submitted,

Brian J. Robbins
Craig W. Smith
Shane P. Sanders
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Counsel for Plaintiff*

Respectfully submitted,

Michael G. Bongiorno
Jeremy T. Adler
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
jeremy.adler@wilmerhale.com

Timothy Perla
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

*Counsel for Defendants and Nominal Defendant*

SO ORDERED:

Dated: _____, 2018        _____
                                                    Hon. Vernon S. Broderick
                                                    United States District Judge