UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS PACHECO, derivatively on Behalf of OPHTHOTECH CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID R. GUYER, GLENN P. SBLENDORIO, DAVID E. REDLICK, THOMAS DYRBERG, AXEL BOLTE, MICHAEL J. ROSS, SAMIR C. PATEL, AND NICHOLAS GALAKATOS,<br><br>      Defendants,<br><br>and,<br><br>OPHTHOTECH CORPORATION,<br><br>      Nominal Defendant. | No. 18 Civ. 7999 (VSB)<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23.1(b), upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Verified Stockholder Derivative Complaint, the Declaration of Jeremy T. Adler, and the exhibits attached thereto, defendants David R. Guyer, Glenn P. Sblendorio, David E. Redlick, Thomas Dyrberg, Axel Bolte, Michael J. Ross, Samir C. Patel, and Nicholas Galakatos, and nominal defendant Ophthotech Corporation, by and through their undersigned counsel, will move this Court before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date convenient for the Court, for an order (1) dismissing the Complaint with prejudice for failure to plead futility of demand with particularity; and (2) granting such other relief as this Court may deem just and proper.

Dated: New York, New York
December 14, 2018

Respectfully submitted,

/s/ Michael G. Bongiorno
Michael G. Bongiorno
Jeremy T. Adler
WILMER CUTLER PICKERING HALE AND
   DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
jeremy.adler@wilmerhale.com

Timothy J. Perla
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

*Counsel for Defendants and Nominal Defendant*